ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER  #001619
Senior Assistant Attorney General
CAROLYN G. WADE # 832120
Assistant Attorney General
Department of Justice
1515 SW Fifth Ave, Suite 410
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.state.or.us
        Carolyn.G.Wade@doj.state.or.us

Attorneys for Plaintiff State of Oregon

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | |
| Uchenna Thomas Egbo | Chapter No. 7 |
| Debtor. | |
| STATE OF OREGON, Acting by and through the Director of the Employment Department, | Case No.  14-36620-rld7 |
| Plaintiff, | Adversary Proceeding No. 15-03020-rld |
| v. | |
| Uchenna Thomas Egbo, | NOTICE OF APPEAL AND STATEMENT OF ELECTION |
| Defendant. | |

Plaintiff State of Oregon, acting by and through the Director of the Employment Department, gives notice that it appeals from the Judgment entered on August 6, 2015 in the Adversary Proceeding by Randall L. Dunn in the United States Bankruptcy Court for the District of Oregon.  A copy of that Judgment is attached.

Page 1 -   NOTICE OF APPEAL AND STATEMENT OF ELECTION
    JS/rh2/6722439-v1

1    The parties to this appeal are:

2        State of Oregon, acting by and through the Director of the Employment
3    Department, Plaintiff; and

4        Uchenna Thomas Egbo, Defendant.

5    The names, bar numbers, addresses, telephone and e-mail addresses of the attorneys for
6    the parties to this appeal are:

7        JILL SCHNEIDER #001619
         CAROLYN G. WADE #832120
8        Department of Justice
         1515 SW Fifth Ave., Suite 410
9        Portland, OR 97201
         T:  971-673-2738
10       T:  971-673-1880
         jill.schneider@doj.state.or.us
11       carolyn.g.wade@doj.state.or.us
         Attorneys for Plaintiff
12
         UCHENNA THOMAS EGBO
13       3054 NE Egret Court
         Fairview, OR 97024
14       Appearing *pro se*

15    Appellant elects to have the appeal heard by the United States District Court, rather than
16    by the Bankruptcy Appellate Panel.

17        DATED August __12__, 2015.

18                                              Respectfully submitted,

19                                              ELLEN F. ROSENBLUM
                                                Attorney General
20

21                                                 *s/ Carolyn G. Wade*
                                                JILL SCHNEIDER #001619
22                                              Senior Assistant Attorney General
                                                CAROLYN G. WADE #832120
23                                              Assistant Attorney General
                                                Trial Attorney
24                                              Tel (971) 673-1880
                                                Fax (971) 673-5000
25                                              Jill.Schneider@doj.state.or.us
                                                Carolyn.G.Wade@doj.state.or.us
26                                              Of Attorneys for Plaintiff

Page 2 -    NOTICE OF APPEAL AND STATEMENT OF ELECTION
            JS/rh2/6722439-v1

1  Below is a Judgment of the Court.  If the judgment is for
2  money, the applicable judgment interest rate is: "0.33%"

3
4
5
6
7                                                    _____
                                                      RANDALL L. DUNN
                                                      U.S. Bankruptcy Judge
8
9
10              UNITED STATES BANKRUPTCY COURT
11                FOR THE DISTRICT OF OREGON

12  In re
13  Uchenna Thomas Egbo,                  Chapter No. 7
14      Debtor.
15  STATE OF OREGON, Acting by and through  Case No. 14-36620-rld7
    the Director of the Employment Department,
16
17      Plaintiff,                         Adversary Proceeding
                                           No. 15-03020-rld
18      v.
19  Uchenna Thomas Egbo,                   JUDGMENT
20      Defendant.

21      THE PARTIES, plaintiff State of Oregon Acting by and through the Director of the

22  Employment Department, appearing by and through one of its attorneys, Carolyn G. Wade, and

23  defendant Uchenna Thomas Egbo, appearing *pro* se, before the court on July 8, 2015 in the

24  above-captioned adversary proceeding, and presented evidence and argument,

25      THE COURT, being fully advised in the premises,

26  / / /

Page 1 of 2 –JUDGMENT
         EMP v. Egbo                                              CGW:mbr/CED6646932
                         DEPARTMENT OF JUSTICE
                          1162 Court Street NE
                          Salem, OR 97301-4096
                          PHONE:  (503) 934-4400

Case 15-03020-rld    Doc 25    Filed 08/06/15

1     HEREBY ORDERS AND ADJUDGES:

2     1.    That the claim of plaintiff, State of Oregon Acting by and through the Director of

3 the Employment Department, in the amount of $4,217.00, is not dischargeable in bankruptcy

4 pursuant to 11 U.S.C. § 523(a)(2);

5     2.    The accrued interest on the claim is discharged; and

6     3.    That plaintiff's nondischargeable claim against defendant Uchenna Thomas Egbo,

7 in the agreed amount of $4,217.00, shall bear interest at the federal statutory rate;

8     4.    Defendant shall make $20.00 monthly payments to plaintiff by the 30th day of

9 each month, starting on August 30, 2015, and continuing every month thereafter until his debt is

10 paid in full; and

11     5.    Awards plaintiff the sum of $350.00 for its costs and disbursements incurred

12 herein, plus interest at the federal statutory rate on the judgment amount of $350.00 until paid,

13 which judgment is not dischargeable under 11 U.S.C. § 523(a)(2).

14     # # #

15 I certify that I have complied with the requirements of LBR 9021-1(a)(2)(B)

17 Presented by:

18 /s/ Carolyn G. Wade
Carolyn G. Wade  #832120
19 Senior Assistant Attorney General
Department of Justice
20 1162 Court St. NE
Salem, OR 97301-4096
21 Telephone: (503) 934-4400
Facsimile: (503) 373-7067
22 E-mail: carolyn.g.wade@doj.state.or.us
Trial Attorney for Plaintiff

cc:    Uchenna Thomas Egbo
24     3054 NE Egret Court
    Fairview, OR 97024

**Page 2 of 2** –JUDGMENT
    EMP v. Egbo    CGW:mbr/CED6646932

1    CERTIFICATE OF SERVICE

2    I certify that on July 28, 2015, I served the foregoing proposed Judgment upon the parties

3    hereto by mailing, United States Postal Service, First Class Mail, postage prepaid, a true, exact

4    and full copy thereof to:

5    Uchenna Thomas Egbo
6    3054 NE Egret Court
     Fairview, OR 97024

7

8
                                         /s/ Carolyn G. Wade
9                                        Carolyn G. Wade  #832120
                                         Senior Assistant Attorney General
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 1 of 1 – CERTIFICATE OF SERVICE
       EMP v. Egbo                                                      CGW:mbr/CED6646932
                              **DEPARTMENT OF JUSTICE**
                                   1162 Court Street NE
                                  Salem, OR 97301-4096
                                 PHONE:  (503) 934-4400

**CERTIFICATE OF SERVICE**

I certify that on August  12 , 2015, I served the foregoing NOTICE OF APPEAL AND STATEMENT OF ELECTION upon the parties hereto by United States Postal Service, First Class Mail a true, exact and full copy thereof to:

| | |
|---|---|
| Uchenna Thomas Egbo<br>3054 NE Egret Court<br>Fairview, OR  97024<br><br>    Defendant | ___ HAND DELIVERY<br> x  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

                                                  *s/ Carolyn G. Wade*
JILL SCHNEIDER #001619
Senior Assistant Attorney General
CAROLYN G. WADE #832120
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Jill.Schneider@doj.state.or.us
Carolyn.G.Wade@doj.state.or.us
Of Attorneys for Plaintiff

Page 1 -   CERTIFICATE OF SERVICE
          JS/rh2/6722514-v1